

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00013-CV

---

CYNTHIA MARTIN, DAVID KNAUS, HOLLY HILL, JACOB PARKER, DON AND PHYLLIS DONA, AND RICHARD OMER OGREN, Appellants

V.

THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS; GLENN HEGAR, IN HIS OFFICIAL CAPACITY, Appellees

---

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV45092

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The appellants filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted: June 12, 2023
Date Decided: June 13, 2023